IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**KYLE D. MILTON**,

      Petitioner,

v.

**HENDRIX,**

      Respondent.

No. 3:21-cv-00076-SB

OPINION AND ORDER

**MOSMAN, J.**,

On July 3, 2023, Magistrate Judge Stacie F. Beckerman issued her Findings and Recommendation ("F&R") [ECF 38], recommending that I deny habeas relief, dismiss the Petition for Writ of Habeas Corpus [ECF 2] with prejudice, and decline to issue a Certification of Appealability. Petitioner filed Objections to the F&R on July 28, 2023 [ECF 42]. Respondent filed a Response on August 11, 2023 [ECF 43]. Upon review, I agree with Judge Beckerman. I DENY habeas relief and DISMISS the Petition for Writ of Habeas Corpus with prejudice. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. *See* 28 U.S.C. § 2253(c)(2).

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge,

1 – OPINION AND ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Beckerman's recommendation, and I ADOPT the F&R [ECF 38] as my own opinion. The Petition for Writ of Habeas Corpus [ECF 2] is DISMISSED and a certificate of appealability is DENIED.

IT IS SO ORDERED.

DATED this  19   day of September, 2023.

*Michael W. Mosman*
MICHAEL W. MOSMAN
Senior United States District Judge

2 – OPINION AND ORDER